374 A.2d 974
**COMMONWEALTH of Pennsylvania**
v.
**Albert T. GREY, Jr., Appellant.**

Supreme Court of Pennsylvania.

Argued April 15, 1977.

Decided June 22, 1977.

Cecil B. Moore, Philadelphia, for appellant.

F. Emmett Fitzpatrick, Dist. Atty., Steven H. Goldblatt, James J. Wilson, Deborah E. Glass, Asst. Dist. Attys., for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

OPINION

PER CURIAM:

Judgment of sentence affirmed.